

IT IS SO ORDERED

Judge James Ware

1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant HEINZ

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )    No. CR 06-00281 JW (PVT)
11                                      )
                     Plaintiff,         )
12                                      )    **STIPULATION AND [PROPOSED]**
    vs.                                 )    **ORDER TO CONTINUE HEARING**
13                                      )    **DATE**
    STEVEN HEINZ,                       )
14                                      )
                     Defendant.         )
15  _____ )

16          Assistant United States Attorney Jeffrey Nedrow and defendant, Steven Michael Heinz,

17  through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree

18  that the date set for a status hearing, May 22, 2006 at 1:30 p.m., should be continued to June 26,

19  2006, at 1:30 p.m.

20          Mr. Heinz cooperated with the government's investigation and government counsel is

21  currently deciding on the terms of the plea agreement for Mr. Heinz.  The parties stipulate and

22  agree that the May 22, 2006 date should be continued because the parties need additional time to

23  negotiate a disposition, and, once government counsel provides a plea agreement, counsel for Mr.

24  Heinz will need additional time to discuss the agreement with her client.  The parties further

25  stipulate and agree that under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served

26  by the continuance requested outweigh the best interest of the defendant and public in a speedy

    trial because the failure to grant such a continuance would deny the defense the time necessary

1  for effective preparation, taking into account the exercise of due diligence.

2

3

  Dated: May 19, 2006                                  _____/S/_____

4                                              ANGELA M. HANSEN
                                            Assistant Federal Public Defender

5

6

  Dated: May 19, 2006                                    _____/S/_____

7                                              JEFFREY NEDROW
                                            Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS SO ORDERED

*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00281 JW (PVT) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER TO CONTINUE** |
| | ) | **HEARING DATE** |
| vs. | ) | |
| | ) | |
| STEVEN HEINZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have jointly requested to continue the status hearing, IT IS HEREBY

ORDERED that the date presently set for status hearing, May 22, 2006, is continued to June 26,

2006 at 1:30 p.m.  IT IS FURTHER ORDERED that the period of time from May 22 to June 26,

2006, shall be excluded from the period of time within which trial must commence under the

Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv)

Dated: May 22, 2006

_____

JAMES WARE

United States District Judge

3

1   Distribute to:

2

3   Angela M. Hansen
    Assistant Federal Public Defender
    160 West Santa Clara Street, Suite 575
4   San Jose, CA 95113
    Counsel for Defendant

5

6   Jeffrey Nedrow
    Assistant United States Attorney
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113
    Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26