KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              Plaintiff, )<br>   v. )<br>STEVEN HEINZ, )<br>              Defendant. )<br>_____ ) | No. CR 06-00281-JW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: CONTINUANCE OF<br>SENTENCING HEARING |

    The parties, by and through their counsel of record, hereby stipulate to the following:

    1. The parties request that the Court continue the sentencing hearing presently set for October 2, 2006 to October 16, 2006.

    2. The parties stipulate and request that the Court find the following as a factual basis for continuing the sentencing:

    Additional time is required to prepare this matter for sentencing. The government only recently completed transmission of information necessary to complete the Presentence Investigation process, and additional time was required to complete the Presentence Report as a result of the government's recent submission of information. The continuance is requested to afford the parties an opportunity to respond to the draft Presentence Report, to receive a final Presentence Report, and appropriately prepare for sentencing.

    3. For the above-described reasons, the parties respectfully request a continuance of the

STIPULATION
CR 06-00281-JW

1  
2 sentencing hearing from October 2, 2006 to October 16, 2006 at 1:30 p.m.  The probation officer
3 has been advised of this requested continuance.
4 
                                        KEVIN V. RYAN
                                        United States Attorney
5 
                                              /s/
6 
_____                         _____
DATE                                    JEFFREY D. NEDROW
7                                       Assistant United States Attorney
8                                             /s/
_____                         _____
9 DATE                                   ANGELA HANSEN
                                        Attorney for Defendant
10                                      Steven Heinz
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION  
CR 06-00281-JW                              2

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR 06-00281-JW |
| )  Plaintiff,                                       ) | |
| v.                                                       ) | ORDER RE: CONTINUANCE OF <u>SENTENCING HEARING</u> |
| )  STEVEN HEINZ,                              ) | |
| )  Defendant.                                  ) | |
| _____) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the sentencing hearing in the above-referenced case is hereby ordered continued from October 2, 2006 to October 16, 2006. at 1:30 p.m.

DATE: 9/26/06         _____
                               JAMES WARE
                               UNITED STATES DISTRICT JUDGE