BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HEINZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-00281 JW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | ) |
| STEVE HEINZ, | ) |
| Defendant. | ) |

# STIPULATION

The parties hereby stipulate and agree that the status hearing in the above-captioned probation revocation matter may be continued from Monday, January 14, 2008 to Monday, February 11, in order to accommodate Mr. Heinz' anticipated schedule of medical treatment. United States Probation Officer JaDee Voss has been consulted as to the proposed continuance and has no objection.

Dated: January 9, 2008

\_\_/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: January 9, 2008

\_\_/s/_____
JEFF NEDROW
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing Hearing 1

# [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Monday, January 14, 2008 to Monday, February 11, 2008 at 1:30 p.m.

Dated: January 10, 2008

*James Ware*
_____
JAMES WARE
United States District Judge