BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HEINZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-00281 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | ) | |
| STEVE HEINZ, | ) | |
| Defendant. | ) | |

## STIPULATION

The parties hereby stipulate and agree that the status hearing in the above-captioned probation revocation matter may be continued from Monday, March 31, 2008 to Monday, April 21, 2008 in order to accommodate Mr. Heinz' new job assignment.  United States Probation Officer JaDee Voss has been consulted as to the requested continuance and has no objection.

Dated: March 27, 2008

    /s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: March 28, 2008

    /s/_____
JEFF NEDROW
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing Hearing           1

# [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Monday, March 31, 2008 to Monday, April 21, 2008 at 1:30 p.m.

Dated: March 28, 2008

_____
JAMES WARE
United States District Judge