**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HEINZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>STEVE HEINZ,<br><br>              Defendant. | No. CR-06-00281 JW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING |

**STIPULATION**

The parties hereby stipulate and agree that the revocation proceeding in the above-captioned matter, currently scheduled for Monday, May 19, 2008, may be continued to Monday, June 9, 2008, at 1:30 p.m.  The reason for the requested continuance is to permit the defense to conduct additional investigation and obtain information regarding the assessment of Mr. Heinz that a representative of Pathways Society, Inc. conducted on Thursday, May 8, 2008.  United States Probation Officer JaDee Voss has been sent notice of the requested continuance; however, she has been out of the office from April 29, 2008 and is not expected to return until May 19, 2008.  If upon her return Officer Voss indicates that she is unavailable on the requested date, the parties agree to meet and confer to decide a date convenient to Officer Voss' schedule.

Stipulation and [Proposed] Order Continuing
Hearing                                                                 1

1  Dated: May 9, 2008

2                                            s/_____
                                             CYNTHIA C. LIE
3                                            Assistant Federal Public Defender

4  Dated: May 9, 2008

5                                            s/_____
                                             JEFF NEDROW
6                                            Assistant United States Attorney

7

8                              [PROPOSED] ORDER

9       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

10 revocation proceeding currently scheduled for Monday, May 19, 2008 shall be continued to

11 Monday, June 9, 2008 at 1:30 p.m.

12

13

14 Dated: May _12_, 2008

15                                           _____
                                             JAMES WARE
                                             United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing                                    2